# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHRISTOPHER EVERETT**                                                       **PLAINTIFF**

**v.**                               **No: 4:22-cv-00265 KGB-PSH**

**CREACH,** *et al.*                                                         **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff Christopher Everett filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 and a motion for leave to proceed *in forma pauperis* on March 22, 2022 (Doc. Nos. 1 & 2). On April 4, 2022, the Court issued an order notifying Everett that he was a "three-striker" under the three-strikes provision of the Prison Litigation Reform Act, and for that reason, he must allege facts indicating he was in imminent

danger of serious physical injury at the time he filed the complaint. *See* Doc. No. 3. The Court notified Everett that his complaint failed to set forth allegations sufficient to meet the imminent danger exception, and ordered Everett to file an amended complaint with additional information within 30 days so that the Court could determine if his case satisfied the imminent danger exception. *Id.* Everett was cautioned that failure to file an amended complaint within that time could result in the dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2). *Id.* On April 13, 2022, Everett filed a notice of change of address indicating that he had been released from confinement (Doc. No. 4). The Court's April 4 order was sent to his new address on April 13, 2022.

More than 30 days have passed since the Court's April 4 order was mailed to Everett's new address, and he has not complied with the Court's order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that Everett's complaint (Doc. No. 2) be dismissed without prejudice, and that Everett's pending application to proceed *in forma pauperis* (Doc. No. 1) be denied as moot.

DATED this 19th day of May, 2022.

                                                                              _____
                                                                              UNITED STATES MAGISTRATE JUDGE