**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CHRISTOPHER EVERETT**                                                                **PLAINTIFF**

**v.**                                      **Case No. 4:22-cv-00265-KGB-PSH**

**CREACH,** *et al.*                                                                **DEFENDANTS**

<u>**ORDER**</u>

Before the Court are the Proposed Findings and Recommendation ("Recommendations") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 6). Plaintiff Christopher Everett has not filed any objections, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects (*Id.*). Accordingly, the Mr. Everett's complaint is dismissed without prejudice for failure prosecute (Dkt. No. 2). The Court denies as moot Mr. Everett's motion for leave to proceed *in forma pauperis* (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So ordered this 3rd day of February, 2023.

_____
Kristine G. Baker
United States District Judge